1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Reuben O. and Irma Marketon, vs. Pfizer, Inc.,.*<br>*MDL No. 06-5656:* Plaintiff Reuben Marketon and Irma Marketon | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Reuben Marketon and Irma Marketon, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Reuben Marketon and Irma Marketon's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: /s/ Jayne Conroy
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: \_\_\_\_March 11\_\_\_\_, 2009

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: \_\_March 30_____, 2009

By: _____
United [States District Judge]

*IT IS SO ORDERED*
/s/ Charles R. Breyer
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA